

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| XIAOFEI WANG, | Case No. 5:26-cv-01757-KK-DMK |
|---|---|
| Petitioner, | |
| v. | ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

On April 10, 2026, Petitioner Xiaofei Wang, proceeding through counsel, filed a Petition for Writ of Habeas Corpus (the "Petition") concurrently with an Ex Parte Application for Temporary Restraining Order.  (Dkt. Nos. 1, 3.)  On April 14, 2026, the Court granted a preliminary injunction.  (Dkt. No. 10.)  On April 16, 2026, Respondents filed an Answer indicating "Respondents are not presenting an opposition argument at this time," and "judgment may be entered" without requiring further filings or proceedings.  (Dkt. No. 12.)

Accordingly, for the reasons stated in the Court's Order granting a preliminary injunction (Dkt. No. 10), the Petition is granted.  Respondents are enjoined from re-detaining Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated:  May 20, 2026      _____

THE HONORABLE KENLY KIYA KATO
United States District Judge

2